No. 82–139. JACOBY & MEYERS v. SUPREME COURT OF NEW JERSEY ET AL. Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question. JUSTICE WHITE and JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument. JUSTICE POWELL took no part in the consideration or decision of this appeal. ■

No. 82–309. SMITH ET AL. v. BRANDT, PRESIDENT, NEW JERSEY STATE BOARD OF EDUCATION, ET AL. Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question.

No. 82–347. WISER v. HUGHES, GOVERNOR OF MARYLAND; and

No. 82–5360. ANDREWS v. HUGHES, GOVERNOR OF MARYLAND. Appeals from Ct. App. Md. dismissed for want of substantial federal question. Reported below: 299 Md. 658, 475 A. 2d 428.

No. 82–402. DURNING, TRUSTEE v. CITY OF LOUISVILLE ET AL. Appeal from Ct. App. Ky. dismissed for want of substantial federal question.

No. 82–5372. MA v. COMMUNITY BANK. Appeal from C. A. 7th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–5376. LATENDRESSE v. LATENDRESSE. Appeal from Sup. Ct. N. D. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. A–325. GIFFORD v. UNITED STATES. Application for bail, addressed to JUSTICE STEVENS and referred to the Court, denied.